JESSIE WOODRUFF, Respondent, v. SINCLAIR REFINING COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an action for damages for personal injuries sustained by plaintiff by reason of having fallen into an unguarded pit in a gasoline station. The order denies defendant's motion for a new trial.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

FRED WOODRUFF, Respondent, v. SINCLAIR REFINING COMPANY, Appellant.— Same decision and like cause of action as in companion case of *Woodruff* v. *Sinclair Refining Co.* (*ante*, p. 943). Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

SUN OIL COMPANY, Respondent, v. WILLIAM J. GALLAGHER, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an action for goods sold and delivered. The order denies defendant's motion for a new trial.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

JULIA A. CONNOR, Respondent, v. CLARENCE MURRAY, Appellant.— Judgment affirmed, with costs. All concur. (The judgment is for plaintiff in an action for damages for personal injuries and property damage in an automobile negligence action.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

ST. MARY'S ROMAN CATHOLIC CHURCH SOCIETY OF NIAGARA FALLS, N. Y., and Another, Appellants, v. THE RIVERDALE CEMETERY ASSOCIATION OF NIAGARA FALLS, N. Y., and Others, Respondents.— Order modified on the law and facts so as to provide that the denial of plaintiffs' motion is without prejudice to the rights of plaintiffs to make further application for injunctive relief or a receiver or both, with ten dollars costs and disbursements to appellants. All concur. (The order denies plaintiffs' motion for appointment of a receiver and denies plaintiffs' motion to restrain sale by the cemetery of lots in the Catholic section or collecting payments on sales already made in an action to compel defendants to account for sale of lots in plaintiffs' portion of the cemetery.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.